IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| FREDERICK SMITH, | § | |
| | § | |
| Petitioner Below, | § | No. 188, 2019 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| D.O.C. RECORDS DEPARTMENT, | § | C.A. No. N18M-10-066 EMD |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |
| | § | |
| | § | |

Submitted: June 13, 2019
Decided: July 11, 2019
Corrected: July 29, 2019

# **O R D E R**

When the appellant, Frederick Smith, filed this appeal, he also filed a motion to proceed *in forma pauperis*. This Court denied that motion on May 29, 2019, under 10 *Del. C.* § 8804(f). The Court ordered that if Smith did not pay the filing fee on or before June 12, 2019, the appeal would be dismissed without further notice. Smith did not pay the filing fee by June 12, 2019.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 3(b)(2), that the appeal is DISMISSED.

BY THE COURT:

*/s/Karen L. Valihura*
Justice